IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVILLE MARSHALL, M.D.,

    Plaintiff,   No. CIV S-04-1054 DFL KJM

   vs.

CITY OF SUSANVILLE, et al.,

    Defendants.   <u>ORDER</u>

_____/

       This matter was referred by minute order on January 25, 2006 to the Magistrate Judge for pretrial management because plaintiff's counsel withdrew and plaintiff was proceeding pro se. Plaintiff is now represented by counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

       Accordingly, IT IS HEREBY ORDERED that:

       1. This matter is referred back to the District Judge assigned to this action.

       2. All dates pending before the undersigned are vacated; and

/////

/////

/////

/////

1

1       3. Henceforth the caption on documents filed in this action shall be
2  CIV S-04-1054 DFL KJM.
3  DATED: February 27, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

9  006
   marshall.ref