HUNTER RICHEY Di BENEDETTO & EISENBEIS, LLP
Maureen A. Lenihan (State Bar #111041)
Rachel N. Kook (State Bar #169493)
Attorneys at Law
520 Capitol Mall, Suite 400
Sacramento, California  95814
Telephone:  (916) 491-3000
Facsimile:  (916) 491-3080

Attorneys for Defendant
BANNER HEALTH dba BANNER LASSEN MEDICAL CENTER,
A non-profit Arizona Corporation incorrectly sued herein as
BANNER COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE MARSHALL, M.D., | Case No.  CIV-S-04 1054 DFL KJM |
| Plaintiff, | **ORDER ON STIPULATION REGARDING WITHDRAWAL OF FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF SUSANVILLE, COUNTY OF LASSEN, BANNER COMMUNITY HOSPITAL, DAVE ANDERSON and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court, upon due consideration of the Stipulation Regarding Withdrawal of First Amended Complaint submitted by the parties to this action, the Court's own records, including the arguments and evidence presented in the moving and opposition papers to Defendants' motions attacking the First Amended Complaint, and matters upon which the Court is entitled to take judicial notice orders as follows:

IT IS HEREBY ORDERED that the First Amended Complaint currently on file with this court is deemed withdrawn and further deemed null and void.

Dated: 4/21/2006            /s/ David F. Levi
                            HON. DAVID F. LEVI
                            CHIEF JUDGE OF THE U.S. DISTRICT COURT,
                            EASTERN DISTRICT OF CALIFORNIA

**[Proposed] Order to Stipulation Regarding Withdrawal of First Amended Complaint**
07960102\00004432.DOC                      1