1
2    LAW OFFICE OF TANIA B. ROSE (SBN 151514)
     180 Montgomery Street, Suite 940
3    San Francisco, CA 94104
     Tel:    (415) 986-1338
4    Fax:    (415) 986-1231
     email: taniabethrose@gmail.com
5
6    Attorneys for Plaintiff
     GRANVILLE MARSHALL, M.D.

**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

JAN 5 2007

**U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

7                        File by Fax
8
9            UNITED STATES DISTRICT COURT
10   EASTERN DISTRICT OF CALIFORNIA

**LODGED**

JAN 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ TG
                    DEPUTY CLERK

11
12
13   GRANVILLE MARSHALL,M.D.,
14        Plaintiff,
15   v.
16
17   CITY OF SUSANVILLE, COUNTY OF
     LASSEN, BANNER LASSEN MEDICAL
18   CENTER, and DOES ONE through FIFTY,
     inclusive,
19        Defendants.
20
21
22

CASE NO.
04 CV 01054-DFL-KJM

PLAINTIFF'S NOTICE RE:
SUBSTITUTION OF ATTORNEY
PROPOSED ORDER THEREON

LR 83-182 (g)

Hon. David Levi

23   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24   PLEASE TAKE NOTICE that plaintiff GRANVILLE MARSHALL, M.D., makes the

25   following substitution:

26
27
28   1.    Former legal representative:            Plaintiff Granville Marshall
                                                   In Propria Persona

SUBSTITUTION OF ATTORNEY
AND ORDER THEREON

Case 2:04-cv-01054-RRB-KJM  Document 89  Filed 03/28/07  Page 2 of 2

FROM : LAW OFFICE          FAX NO. : 4159861231          Jan. 31 2007 10:38AM  P3

1/30/2007 11:46 PM  FROM: Marnehal 350-2776 Marshall Healthcare Systems, INC.  TO: 4159861231   PAGE: 003 OF 003

